**Entered on Docket**
**September 22, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

ROBERTSON & BENEVENTO
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas NV 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BKS-09-17943 LBR |
| **JOHN BYER** | Chapter 13 |
| | Hearing Date: August 27, 2009 |
| | Hearing Time: 3:30 pm |
| Debtor(s). | |

**ORDER VALUING COLLATERAL AND AVOIDING LIEN OF SECOND TRUST DEED**

This matter having come on regularly for hearing on Debtors' Motion to Value Collateral, and "Strip Off" Second Trust Deed as against Debtors' residential real property; good cause appearing therefore,

1  IT IS HEREBY ORDERED that the security interest of America's Servicing Company in the real property commonly known as 7415 Puritan Ave., Las Vegas, NV 89123, legally described as:

Valle Grande Est 8 Unit 4, Plat Book 32, Page 96, Lot 9, Block 11
APN 177-10-111-028

shall be avoided under 11 U.S.C. Sec 506(d) and set aside and that the claim of such creditor(s) in these bankruptcy proceedings shall be treated as unsecured.

IT IS FURTHER ORDERED that certain Deed of Trust recorded in the Office of the Clark County Recorder as document number 20050503-04089 on May 03, 2005 shall, conditioned upon Debtors completing the above-referenced bankruptcy proceeding and obtaining a Chapter 13 discharge, be removed and expunged from the county records and shall thereafter no longer constitute a lien or encumbrance upon the aforesaid real property.

IT IS FURTHER ORDERED that this Order shall not be recorded with the Office of County Recorder until such time as the Debtors have received their Chapter 13 Discharge in this matter.

///
///
///
///
///
///

IT IS FURTHER ORDERED that in the event the aforesaid property should be sold at a foreclosure trustee sale, the lawful beneficiary of the aforesaid Deed of Trust shall be entitled to receive any surplus proceeds in accordance with state law.

Submitted by:

*/s/ Sam Benevento*

Sam Benevento
Attorney for Debtor

Approved as to form and content

No Response
Kathleen A. Leavitt
Chapter 13 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows:

\_\_\_ The court has waived the requirement of approval under LR 9021.
\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared a the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Trustee

###