**Entered on Docket**
**April 13, 2011**

*Bruce T. Beesley*

Hon. Bruce T. Beesley
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
glw@tblaw.com

US Bank Natl. Assoc., as Trustee for the Structured Asset Investment Loan Trust, 2005-7
10-71919

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-17943- btb |
| John R. Byer | MS Motion No. 46 |
| | Date: April 5, 2011 |
| | Time: 10:30 a.m. |
| | Chapter 13 |
| Debtor. | |

## ORDER RE: ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 1 Monthly Payment at $1,840.10 (November 1, 2010) | $1,840.10 |
| 4 Monthly Payments at $1,844.53 (December 1, 2010 - March 1, 2011) | $7,378.12 |
| 4 Late Charges at $76.57 (November 1, 2010 - February 1, 2011) | $306.28 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Suspense Amount | ($528.92) |
| Total | $9,795.58 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,632.60 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2011 payment and continuing throughout and concluding on or before July 20, 2011. The sixth final payment in the amount of $1,632.58 shall be paid on or before August 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2011 payment on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 7415 Puritan Avenue , Las Vegas, NV 89123.

///

///

///

///

///

///

///

///

///

///

1    IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make

2  any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

3  Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve

4  upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.

5  For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of

6  $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors

7  have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order

8  vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed

9  with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and

10  take any action necessary to obtain complete possession thereof.

11

12  Submitted by:

13  TIFFANY & BOSCO, P.A

14

15  By _____ #10235
        GREGORY L. WILDE, ESQ.
16      Attorneys for Secured Creditor
        212 South Jones Boulevard
17      Las Vegas, Nevada 89107

18  APPROVED AS TO FORM & CONTENT:

19  Kathleen A. Leavitt                    Sam Benevento

20  By_____ 4/8/11             By_____

21

22  Kathleen A. Leavitt                    Sam Benevento
    Chapter 13 Trustee                     Attorney for Debtors
23  201 Las Vegas Blvd. So., #200          1945 E. Warm Springs Road
    Las Vegas, NV 89101                    Las Vegas, NV 89119

24

25                                         Nevada Bar No._____

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirements set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

__x__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or       ___ _ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or       __ _ failed to respond to the document

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor